days, in which event the motion is denied, without costs. Present — Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ.

In the Matter of the Application of The City of New York Relative to Acquiring Title, etc., to the Lands, Tenements and Hereditaments Required for the Opening and Extending of Nicholas Avenue (Although Not Yet Named by Proper Authority) from Richmond Terrace to the Pier Head Line in the Third Ward, Borough of Richmond, City of New York.— Motion granted, with costs, unless the appellants pay ten dollars costs and perfect the appeal within twenty days, in which event the motion is denied, without costs. Present — Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ.

In the Matter of Rutherford W. Kathan, an Attorney.— Motion granted. The respondent having been convicted of a felony his name is stricken from the roll of attorneys. Present — Hirschber g, P. J., Jenks, Gaynor, Burr and Rich, JJ.

In the Matter of the Application of William L. D. O'Grady, Appellant, for a Peremptory Writ of Mandamus, v. Frank L. Polk and Others, Respondents.— Motion to resettle order granted, without costs. Present — Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ.

In the Matter of the Application to Revoke the Letters Testamentary Issued to Frank E. O'Reilly, as Executor, and to Remove Him as Testamentary Trustee under the Last Will and Testament of Arthur J. Heaney, Deceased. (No. 1.)— Motion granted, with costs, unless the appeal is perfected and case placed at the foot of the present calendar, in which event the motion is denied, without costs Present — Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ.

In the Matter of the Application to Revoke the Letters Testamentary Issued to Frank E. O'Reilly, as Executor, and to Remove Him as Testamentary Trustee under the Last Will and Testament of Arthur J. Heaney, Deceased. ·(No. 2.)— Motion granted, with costs, unless the appeal is perfected and case placed at the foot of the present calendar, in which event the motion is denied, without costs. Present — Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ.

In the Matter of the Application of Henry Colborn Smith for Admission to the Bar.— Application granted. Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

Henry Martens, Respondent, v. Thomas F. O'Neil, Appellant.— Motion for reargument denied, with costs. Present — Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ.

Elizabeth Martin, Respondent, v. William H. Bauer, Appellant.— Motion denied, without costs, on condition that the appeal be perfected within ten days and the case placed at the foot of the present calendar; otherwise motion to dismiss the appeal granted, with costs. Present — Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ.

McElraevy & Hauck Company, Respondent, v. Ignatz Kronengold, Appellant. — Motion denied, without costs, on condition that the appeal be perfected within ten days and the case placed at the foot of the present calendar; otherwise motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ.